# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Fernandez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | Case No. 1:12-cv-161 |
| | ) | |
| Defendant. | ) | |

On May 31, 2013, plaintiff filed a "Motion for Court to Order the Clerk of the Court to Mail the Plaintiff Proof of Filing Copies." He is apparently concerned that not all of his submissions to the court are being filed. As prove that his submissions are being filed, he asks that the Clerk's office provide him with copies of everything he has filed to date.[1]

The Clerk's office has indeed filed everything it has received from plaintiff to date. To set plaintiff's mind at ease, the court shall direct the Clerk's office to provide plaintiff with a copy of the docket sheet for this case. However, it will not require the Clerk's office to provide plaintiff with copies of his own filings. Plaintiff's motion (Docket No. 54) is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2013.

                                                                       */s/ Charles S. Miller, Jr.*
                                                                       Charles S. Miller, Jr.,
                                                                       United States Magistrate Judge

---

[1] The sincerity of plaintiff's concern is questionable at best. Plaintiff has filed multiple motions with the court. In several of these motions, he makes reference to defendants' responses to other motions. See Docket Nos. 52 and 53 (referring to defendants' response to his Motion to Amend Complaint). He also makes reference to the court's order denying his "Motion to Increase Copy Limit Fee" other motions. See id.