# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Fernandez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:12-cv-161 |
| State of North Dakota, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court are plaintiffs' motions for reconsideration of the court's previous orders denying his "Motion for Court to Issue and Serve Subpoena Duces" and "Motion for Court to Order the Clerk of the Court to Mail the Plaintiff Proof of Filing Copies." Also before the court is plaintiff's motion for leave to file under seal.

Plaintiff's motion for leave to file under seal (Docket No. 56) is **GRANTED**. As the court finds no basis for reversing the course charted in its orders denying plaintiffs' "Motion for Court to Issue and Serve Subpoena Duces" and "Motion for Court to Order the Clerk of the Court to Mail the Plaintiff Proof of Filing Copies, plaintiffs motions for reconsideration (Docket Nos. 57 and 64) are **DENIED**.

**IT IS SO ORDERED.**

Dated this 14th day of June, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court