**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kevin Fernandez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:12-cv-161 |
| State of North Dakota, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 20, 2013, plaintiff filed a motion requesting additional time to file objections to the undersigned order denying his motion to amend his complaint. The court **GRANTS** plaintiff's motion (Docket No. 68). Plaintiff has July 15, 2013, to file his objections.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court