# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Fernandez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | |
| | ) | Case No. 1:12-cv-161 |
| Defendant. | ) | |

On December 18, 2013, the court denied with prejudice plaintiff's "Motion for Court to Issue and Serve Subpoena Duces Tecum." On January 7, 2013, plaintiff filed a motion for reconsideration of the court's order. Finding no basis for granting plaintiff's request for reconsideration, the court **DENIES** his motion (Docket No. 115).

**IT IS SO ORDERED.**

Dated this 7th day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court