# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Fernandez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | Case No. 1:12-cv-161 |
| | ) | |
| Defendants. | ) | |

On April 4, 2014, plaintiff filed: (1) a Motion for Enlargement of Time to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment; and (2) Motion for Leave to File a Sur-Reply in Response to Defendant's Reply Memorandum or Alternatively, Motion to Strike.

Plaintiff's Motion for Enlargement of Time to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment (Docket No. 159) is **GRANTED**. Plaintiff shall have until April 28, 2014, to file a reply not to exceed 10 pages. D.N.D. Civ. L.R. 7.1(A)(1).

Plaintiff's Motion to Strike (Docket No. 160) is **DENIED**.  His Motion for Leave to File a Sur-Reply in Response to Defendant's Reply Memorandum (Docket No. 160) is **GRANTED**. Plaintiff shall have until April 28, 2014 to file a sur-reply not to exceed 5 pages.  Defendants shall have until May 9, 2014, to file response to plaintiff's sur-reply not to exceed 5 pages.

The parties are advised that requests for additional time and for leave to exceed the aforementioned page limitations will not be looked upon favorably.

**IT IS SO ORDERED.**

Dated this 4th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court