# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin Fernandez, | ) | |
| | ) | **ORDER DENYING MOTION TO** |
| Plaintiff, | ) | **PROVIDE COPY OF DOCUMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | Case No. 1:12-cv-161 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Motion for Court to Provide Plaintiff with Copy of Defendants' Response to Plaintiff's Objections (#179)" filed by plaintiff Kevin Fernandez on December 29, 2014. Plaintiff requests the court to issue an order compelling the Clerk of Court and/or defendants to mail plaintiff a copy of defendants' response to plaintiff's objections to the Report and Recommendation issued November 3, 2014. Defendants have not filed a response to plaintiff's objections. Accordingly, plaintiff's motion (Docket No. 182) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 31st day of December, 2014.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court